## Lemmie HARRIS v. STATE.

### No. 17212.

Court of Criminal Appeals of Texas.

Jan. 30, 1935.

A. S. Johnson, of Winona, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

## Carl KIMBROUGH v. STATE.

### No. 17277.

Court of Criminal Appeals of Texas.

Jan. 30, 1935.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for receiving stolen property; punishment, two years in the penitentiary.

We find with the record an affidavit in due form, made by appellant, asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## Jodie T. LLOYD v. STATE.

### No. 17327.

Court of Criminal Appeals of Texas.

Feb. 6, 1935.

J. Earle Kuntz, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, confinement in the penitentiary for life.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

No error appearing, the judgment will be affirmed.

## Herman MITCHELL v. STATE.

### No. 17494.

Court of Criminal Appeals of Texas.

Jan. 30, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find with the record an affidavit in due form, made by appellant, asking that his appeal be dismissed. The request is granted.

The appeal is dismissed.